UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MAURICE REDD,

       Plaintiff,

v.                       **JUDGMENT IN A CIVIL CASE**
                         Civil File No. 12-465 (MJD/JSM)

ARMANDO F. ABLA-REYES,
in his individual and official
capacity, and THE CITY OF ST.
PAUL,

       Defendants.

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED THAT:**

Judgment is entered in favor of Defendants Armando F. Abla-Reyes and the City of St. Paul and against Plaintiff Maurice Redd.

Dated: November 19, 2013       s/ Michael J. Davis
                                      Michael J. Davis
                                       Chief Judge
                                       United States District Court